IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-780-D

ABIMAEL GONZALEZ,)
)
        Plaintiff,)
)
v.) **ORDER**
)
DONALD G. LEE, et. al.,)
)
        Defendants.)

The court GRANTS plaintiff's motion for leave to file second amended complaint [D.E. 43].

The court DISMISSES as moot plaintiff's motion for leave to file amended complaint [D.E. 28].

The court DENIES plaintiff's motion to strike [D.E. 23] and DENIES plaintiff's motions for entry of default [D.E. 12, 13].

Plaintiff shall file the second amended complaint by May 1, 2015. Defendants may respond in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3).

SO ORDERED. This **24** day of April 2015.

                                            JAMES C. DEVER III
                                            Chief United States District Judge