IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-780-D

| | | |
|---|---|---|
| ABIMAEL GONZALEZ, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONALD G. LEE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

On May 18, 2015, plaintiffs filed a motion to strike affirmative defenses [D.E. 52]. On June 10, 2015, defendants responded in opposition [D.E. 55].

The court has considered the motion under the governing standard. The motion [D.E. 52] lacks merit and is DENIED.

SO ORDERED. This 6 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge